Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER FREDMAN PC
2930 Domingo Ave, Suite 227
Berkeley, CA 94705
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

Attorneys for Plaintiff SHAO ZHEN LIANG,
individually, and as trustee of the Shao Zhen Liang Trust

Anthony Diehl, Esq. (SBN: 324160)
GERACI LAW FIRM
20 Pacifica, Suite 300
Irvine, CA 92618
Tele.: (949) 379-2600
Fax: (949) 379-2610
a.diehl@geracillp.com

Attorneys for Defendants RESULT FINANCIAL CORPORATION, a California company; CHENGXIN LIU (a/k/a JACK LIU), an individual; LINA WU, an individual; HUI MIN GAO, an individual; YU XIAO, an individual; LE ZHANG, an individual; CHUNLING HONG, an individual; LAN ZHANG, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAO ZHEN LIANG (a/k/a JENNET LIANG), individually, and as trustee of the Shao Zhen Liang Trust;<br><br>Plaintiff,<br><br>vs.<br><br>RESULT FINANCIAL CORPORATION, a California company; CHENGXIN LIU (a/k/a JACK LIU), an individual; LINA WU, an individual; HUI MIN GAO, an individual; YU XIAO, an individual; LE ZHANG, an individual; CHUNLING HONG, an individual; LAN ZHANG, an individual; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 3:24-cv-08425-JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** |

Plaintiff Shao Zhen Liang ("Plaintiff") and Defendants Result Financial Corporation et al. ("Defendants") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and request dismissal of this action as follows:

**WHEREAS,**

A. This case involves a loan made by Defendants to Plaintiff secured by Plaintiff's property.

B. The Parties have entered into a settlement agreement that calls for the Plaintiff to pay off the loan on specified terms by selling the property in a regular market sale within 180 days from execution.

C. The Parties filed a Joint Notice of Settlement on March 19, 2025.

D. The Parties executed the settlement agreement on April 3, 2025.

E. The settlement agreement calls for the Parties to file this stipulation and request for dismissal of this action as follows: dismissal of Plaintiff's action with prejudice, dismissal of Defendants' cross-complaint without prejudice, and the Court's retention of jurisdiction to enforce the settlement agreement.

**THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. Plaintiff's complaint is dismissed with prejudice.

2. Defendants' cross-complaint is dismissed without prejudice.

3. The Court retains jurisdiction to enforce the settlement agreement.

///
///
///
///
///
///
///

**IT IS SO STIPULATED**

DATED:  April 8, 2025

                LAW OFFICE OF PETER FREDMAN PC

By  /s/ Peter Fredman
    Peter B. Fredman
Attorney for Plaintiff SHAO ZHEN LIANG, individually, and as trustee of the Shao Zhen Liang Trust

                GERACI LAW FIRM

By  /s/ Anthony Diehl
    Anthony Diehl
Attorneys for Defendants RESULT FINANCIAL CORPORATION, a California company; CHENGXIN LIU (a/k/a JACK LIU), an individual; LINA WU, an individual; HUI MIN GAO, an individual; YU XIAO, an individual; LE ZHANG, an individual; CHUNLING HONG, an individual; LAN ZHANG, an individual

**ORDER**

**IT IS SO ORDERED**

1. Plaintiff's complaint is dismissed with prejudice.

2. Defendants' cross-complaint is dismissed without prejudice.

3. The Court retains jurisdiction to enforce the settlement agreement.

Date: April 8, 2025

_____
Hon. Joseph C. Spero
United States Magistrate Judge